**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **STEWART AZELL CROSS, 1089282,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:12-CV-0450-D |
| ) | |
| **STATE OF TEXAS,** ) | |
| Respondent. ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

May 31, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE